# UNITED STATES DISTRICT COURT
## Northern District of Florida

United States of America

v.                                                      Case No.:  1:90cr1020/MMP

                                                        USM No.: _____

Anthony Lazier

_____/

Date of Original Judgment: _____February 22, 1991_____

Date of Previous Amended Judgment: ____May 6, 2008____          _____

*(Use Date of Last Amended Judgment if Any)*                   Defendant's Attorney

## Order on Motion for Sentence Reduction

☐ The Defendant   ☐ Director of the Bureau of Prisons   ☑ the court   has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). Having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the court orders that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment.
    *(as reflected in the last judgment issued)* of ____324____ months is **reduced** to ____262____.

*(Complete Part I, II or III of Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date: *November 7, 2011*

Effective Date:_____

    *(if different from order date)*

_____
*Signature of Judge*

M. Casey Rodgers
Chief United States District Judge

*Printed Name and Title of Judge*

Rec'd 11 07 '11 UsDcFln 3PM 0308